**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WILBURG, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>IVUEIT, LLC an Ohio limited liability company; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 4:24-cv-02642-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT THE JULY 9, 2026 HEARING ON PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date**: July 9, 2026<br>**Time**: 2:00 p.m.<br>**Courtroom**: 10 (San Francisco)<br><br>**Judge**: Hon. Araceli Martínez-Olguín<br><br>**Case Removed**: April 26, 2024<br>**Trial Date**: Not Set |

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE
TO APPEAR REMOTELY AT THE JULY 9, 2026 HEARING

Before the Court is the Parties' Joint Administrative Motion for Remote Hearing regarding Plaintiff Alice Wilburg's ("Plaintiff") Renewed Motion for Preliminary Approval of Class Action Settlement (the "Motion"), Dkt. 59. Having considered the Parties' submission and for good cause shown, the Court GRANTS the Joint Administrative Motion.  The hearing on the Parties' Motion, currently scheduled for July 9, 2026, at 2:00 p.m. P.S.T., shall be conducted remotely via Zoom.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
U.S. District Court Judge

**The Court TERMINATES the request as moot.**

IT IS SO ORDERED

Judge Araceli Martínez-Olguín

DATED: 7/2/2026

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE
TO APPEAR REMOTELY AT THE JULY 9, 2026 HEARING