KEVIN E. GAUT (SBN 117352), keg@msk.com
LOUISE TRUONG (SBN 293811), ltt@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Tel: (310) 312-2000 Fax: (310) 312-3100

*Attorneys for Defendant Ivueit, LLC*

CRAIG M. NICHOLAS (SBN 178444), cnicholas@nicholaslaw.org
SHAUN MARKLEY (SBN 291785), smarkley@nicholaslaw.org
JAKE W. SCHULTE (SBN 293777), jschulte@nicholaslaw.org
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492 Fax: (619) 325-0496

*Attorneys for Plaintiff Alice Wilburg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILBURG, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IVUEIT, LLC, an Ohio limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:24-CV-02642-RMI<br><br>Hon. Robert M. Illman<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE IN LIGHT OF CLASS SETTLEMENT AND PERMITTING REMOTE APPEARANCE AT HEARING FOR PRELIMINARY APPROVAL HEARING FOR CLASS SETTLEMENT** |

**STIPULATION**

This Stipulation is made by all the Parties to this Action, through their undersigned counsel of record, with reference to the following facts:

1. This is a class and Private Attorneys General Act ("PAGA") action alleging that Defendant employed certain persons in California which it misclassified as independent contractors. Defendant denies the claims.

2. Subject to court approval, the Parties have settled the matter on a class and PAGA representative basis.

3. On August 18, 2026, this case was assigned to this Court. *See* Dkt. 68.

4. The parties have filed their motion for preliminary approval of the class and PAGA representative settlement.

5. The motion, previously scheduled for hearing before Judge Martinez-Olguin, has been re-noticed for hearing on September 29, 2026 before this Court. *See* Dkt. 70.

6. On August 19, 2026, the Court scheduled a Case Management Conference for September 8, 2026 and set a September 1, 2026 deadline to file a Case Management Statement.

7. The Parties believe that, in light of the settlement, the Court should hear the preliminary approval motion before any Case Management Conference or the filing of any Case Management Conference Statement. If the Court approves the motion, both will be moot, so that hearing the motion first can save Party and Court resources.

8. In accordance with paragraph 3 of this Court's General Standing Order, the Parties would also like to appear remotely at the September 29, 2026 hearing. Counsel for Plaintiff is located in San Diego, California, and counsel for Defendant is located in Los Angeles, California. The parties believe requiring counsel to travel to Eureka for the hearing would impose unnecessary travel costs and logistical burdens on the Parties and their counsel.

In light of the above, the Parties stipulate as follows:

1. The Case Management Conference and deadline for submitting a Case Management Conference Statement are vacated, and shall be reset if necessary, following the September 29, 2026 hearing on the preliminary approval motion.

2. The Parties may appear remotely at the September 29, 2026 hearing on the preliminary approval motion.

Respectfully Submitted,

MITCHELL SILBERBERG & KNUPP LLP

Dated: August 24, 2026

By: */s/Kevin E. Gaut*
Kevin E. Gaut
Louise Truong
Attorneys for Defendant IVUEIT, LLC

NICHOLAS & TOMASEVIC, LLP

Dated: August 24, 2026

By: */s/Shuan Markley*
Craig M. Nicholas
Shaun Markley
Jake W. Schulte
Attorneys for ALICE WILBURG

**Attestation Regarding Signatures**

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 24, 2026

By: */s/Kevin E. Gaut*
Kevin E. Gaut

**ORDER As Modified**

The Case Management Conference previously set for September 8, 2026 is VACATED. Motion for Settlement (dkt. 59) set for October 13, 2026 at 11:00 AM via Zoom.

IT IS SO ORDERED:

Dated: August 27, 2026

Hon. Robert M. Illman
U.S. Magistrate Judge